IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **LECRISTAL HOWARD,**<br><br>*Plaintiff*,<br><br>v.<br><br>**GOLDEN AGE OAK VIEW HOME LLC,**<br><br>*Defendant*. | **CIVIL ACTION NO.**<br>**5:23-cv-00454-TES** |

### NOTICE TO PRO SE PARTY OF MOTION TO DISMISS

On February 19, 2024, Defendant Golden Age Oak View Home LLC filed a Motion to Dismiss [Doc. 3] pursuant to Federal Rule of Civil Procedure 12(b). Since Plaintiff is proceeding pro se, the Court deems it appropriate and necessary to advise her of her right to respond to Defendant's motion and of what may happen to his case if she fails to file a response brief. Accordingly, Plaintiff is advised that:

(1) Defendant has moved to dismiss the claims asserted in Plaintiff's Complaint [Doc. 1];

(2) Plaintiff has the right to oppose the dismissal of this lawsuit by filing a Response brief no longer than 20 pages, *see* LR 7.4, MDGa; and

(3) if Plaintiff fails to oppose or otherwise respond to the legal arguments contained in Defendants' motion, her claims may be dismissed.

Plaintiff is further advised that under the procedures and policies in the Middle District of Georgia, motions to dismiss are normally decided on briefs. *See* LR 7.5,

MDGa ("All motions shall be decided by the court without a hearing unless otherwise ordered by the court on its own motion or in its discretion upon request."). The Court considers the pleadings and briefs filed by the parties in deciding whether dismissal is appropriate under the law. If the Court grants Defendant's motion in full, there will be no trial or further proceedings in this case.

Under the Court's Local Rules, Plaintiff has 21 days "after service of [Defendant's] motion and brief" to file her Response with the Court. *See* LR 7.2, MDGa *in connection with* Fed. R. Civ. P. 6(a)(1) & (d). Once Defendant's motion has been fully briefed by the parties, the Court will rule.

**SO NOTICED**, this 20th day of February, 2024.

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**