IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| LECRISTAL HOWARD, | * |
| Plaintiff, | * |
| v. | Case No. 5:23-CV-00454-TES |
| | * |
| GOLDEN AGE OAK VIEW HOME LLC, | * |
| Defendant. | * |
| | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated March 23, 2024, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendant.

This 25th day of March, 2024.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk